No. 84–6617. LUCAS v. SOUTH CAROLINA, 472 U. S. 1012;

No. 84–6627. THOMAS v. ANGELONE, WARDEN, ET AL., 472 U. S. 1020;

No. 84–6641. SPAN v. MCCALL, 472 U. S. 1020;

No. 84–6672. WESER v. MASCHNER, DIRECTOR, KANSAS STATE PENITENTIARY, ET AL., 472 U. S. 1030;

No. 84–6675. MEADOWS v. HOLLAND, WARDEN, 472 U. S. 1020;

No. 84–6727. CELESTINE v. BLACKBURN, WARDEN, 472 U. S. 1022; and

No. 84–6763. DUNTON v. DEPARTMENT OF THE NAVY, 472 U. S. 1021. Petitions for rehearing denied.

No. 83–1919. CITY OF OKLAHOMA CITY v. TUTTLE, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF TUTTLE, 471 U. S. 808. Petition for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 84–6420. CONNOR v. HAUGH ET AL., 471 U. S. 1105. Motion of petitioner for leave to file petition for rehearing denied.

AUGUST 15, 1985

No. 84–1608. BAILEY, TRUSTEE v. BUTCHER. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–127 (85–5220). PINKERTON v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Application for stay of execution of sentence of death scheduled for Thursday, August 15, 1985, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. THE CHIEF JUSTICE and JUSTICE WHITE would deny the application. JUSTICE REHNQUIST took no part in the consideration or decision of this application.